IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DESIGN WITH FRIENDS, INC.;
DESIGN WITH FRIENDS LTD.

*Plaintiffs*,

v.

No. 1:21-cv-01376-SB

TARGET CORPORATION

*Defendant*.

### ORDER

1. I **GRANT** Defendant's motion to dismiss Plaintiffs' trade-dress-infringement claim.

2. I **DENY** Defendant's motion to dismiss Plaintiffs' copyright-infringement claim for computer code but otherwise **GRANT** the motion.

3. I **GRANT** Defendant's motion to dismiss Plaintiffs' breach-of-contract claim.

4. All of these dismissals are without prejudice to Plaintiffs amending their complaint by October 31, 2022.

Dated: September 23, 2022

_____
UNITED STATES CIRCUIT JUDGE