IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DESIGN WITH FRIENDS, INC.;
DESIGN WITH FRIENDS LTD.

*Plaintiffs*,

v.

No. 1:21-cv-01376-SB

TARGET CORP.

*Defendant*.

### ORDER

1. I **DENY** Defendant's motion to dismiss (D.I. 32).

Dated: May 12, 2023

_____
UNITED STATES CIRCUIT JUDGE