IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DESIGN WITH FRIENDS, INC. and DESIGN WITH FRIENDS LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 21-1376-SB |
| v. | ) ) ) | |
| TARGET CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) | |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Derek T. Ho, Andrew Skaras, and Matthew D. Reade of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., to represent Non-Party Validity Finance, LLC in the above-captioned action.

Dated: September 15, 2023

Of Counsel:

Derek T. Ho
Andrew Skaras
Matthew D. Reade
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W.,
Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com
askaras@kellogghansen.com
mreade@kellogghansen.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Anne Shea Gaza*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Non-Party Validity Finance, LLC*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Derek T. Ho, Andrew Skaras, and Matthew D. Reade is GRANTED.

Date:

_____
The Honorable Stephanos Bibas

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 15, 2023  /s/ Derek T. Ho

Derek T. Ho
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.
1615 M Street, N.W.,
Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

30681895.1

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 15, 2023  /s/ Andrew Skaras

Andrew Skaras
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.
1615 M Street, N.W.,
Suite 400
Washington, D.C. 20036
(202) 326-7900
askaras@kellogghansen.com

30681894.1

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 15, 2023        */s/ Matthew D. Reade*

                                                     Matthew D. Reade
                                                   KELLOGG, HANSEN, TODD, FIGEL
                                                   & FREDERICK, P.L.L.C.
                                                   1615 M Street, N.W.,
                                                   Suite 400
                                                   Washington, D.C. 20036
                                                   (202) 326-7900
                                                   mreade@kellogghansen.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2023, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY EMAIL:**

Douglas D. Herrmann
James H.S. Levine
TROUTMAN PEPPER HAMILTON SANDERS LLP
1313 Market Street, Suite 5100
Wilmington, DE 19899
douglas.herrmann@troutman.com
jame.levine@troutman.com

Howard Wisnia
WISNIA PC
12636 High Bluff Dr., Suite 400
San Diego, CA 92130
howard@wisnialaw.com

Ben L. Wagner
TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
ben.wagner@troutman.com

Sean P. McConnell
TROUTMAN PEPPER HAMILTON SANDERS LLP
400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312
sean.mcconnell@troutman.com

Ryan A. Lewis
TROUTMAN PEPPER HAMILTON SANDERS LLP
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
ryan.lewis@troutman.com

*Attorneys for Plaintiffs Design with Friends, Inc. and Design With Friends Ltd*

Martina Tyreus Hufnal
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899-1114
hufnal@fr.com

Kristen McCallion
Vivian Cheng.
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
mainmccallion@fr.com
cheng@fr.com

Adam J. Kessel
Kayleigh E. McGlynn, Esq.
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
kessel@fr.com
mcglynn@fr.com

*Attorneys for Defendant Target Corporation*

Dated: September 15, 2023

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

 */s/ Anne Shea Gaza*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Non-Party Validity Finance, LLC*