IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DESIGN WITH FRIENDS INC. and DESIGN WITH FRIENDS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant. | : <br> : <br> : <br> : <br> : C. A. No. 1:21-cv-01376-SB <br> : <br> : <br> : |

**STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Design With Friends, Inc. and Design With Friends LTD., and Defendant Target Corporation, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), do hereby stipulate and agree, with the approval of the Court, that this action is dismissed with prejudice; each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| */s/ James H. S. Levine* <br> James H. S. Levine (#5355) <br> TROUTMAN PEPPER <br> HAMILTON SANDERS LLP <br> 1313 Market Street, Suite 1000 <br> Wilmington, DE 19899 <br> 302-777-6500 main <br> james.levine@troutman.com <br><br> *Attorneys for Plaintiffs Design with Friends, Inc. and Design With Friends Ltd.* | */s/ Douglas E. McCann* <br> Douglas E. McCann (#3852) <br> Martina Tyreus Hufnal (#4771) <br> Kelly A. Del Dotto (#5969) <br> FISH & RICHARDSON P.C. <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19899-1114 <br> 302-652-5070 main <br> dmccann@fr.com <br> hufnal@fr.com <br> allenspach.del.dotto@fr.com <br><br> *Attorneys for Defendant Target Corporation* |

IT IS SO ORDERED this 10th day of October, 2024.

_____
The Honorable Stephanos Bibas
United States Circuit Judge